United States District Court

Eastern District of California

Armand Florez,

    Plaintiff,

vs.

California Department
of Corrections, et al.,

    Defendants.

No. Civ. S 01-1986 LKK PAN P

Findings and Recommendations

-oOo-

Plaintiff is a state prisoner without counsel seeking redress for an alleged violation of his civil rights. In his October 25, 2001, complaint plaintiff alleges defendant Clendenin retaliated and used excessive force against plaintiff. January 21, 2005, plaintiff filed a document styled, "Motion for Summary Judgment," asserting he should be permitted to change the pleading to allege that in 2003 and 2004, fifteen identified defendants and 50 Doe defendants violated his right of access to the courts and discriminated against him in violation of the

1  Fourteenth Amendment.
2      Pursuant to Federal Rule of Civil Procedure 15(d),
3      Upon motion of a party the court may, upon reasonable
       notice and upon such terms as are just, permit the
4      party to serve a supplemental pleading setting forth
       transactions or occurrences or events which have
5      happened since the date of the pleading sought to be
       supplemented.
6
7  Rule 15(d) is meant to promote as complete an adjudication of the
8  parties' dispute as possible. Keith v. Volpe, 858 F.2d 467, 473
9  (9th Cir. 1998).  While a party may make new claims in a
10 supplemental complaint, Keith, 858 F.2d at 473, the party cannot
11 introduce a separate and new cause of action.  Planned
12 Partenthood of Southern Arizona, 130 F.3d 400, 402 (9th Cir.
13 1997) (party cannot supplement complaint in action finally
14 resolved where court no longer has jurisdiction).  There must be
15 some relationship between the newly alleged matters and the
16 subject of the original action, but they need not arise out of
17 the same transaction or occurrence.  Keith, 858 F. 2d at 474.
18     Plaintiff makes no showing his new allegations are related
19 to his original claims against defendant Clendenin.  Plaintiff
20 seeks to introduce new and separate causes of action.
21     Therefore, Plaintiff's January 21, 2005, motion should be
22 denied.
23     Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
24 findings and recommendations are submitted to the United States
25 District Judge assigned to this case.  Written objections may be
26 filed within 20 days of service of these findings and

1  recommendations.  The document should be captioned "Objections to
2  Magistrate Judge's Findings and Recommendations."  The district
3  judge may accept, reject, or modify these findings and
4  recommendations in whole or in part.
5      Dated:  April 19, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge