United States District Court

Eastern District of California

Armand Florez,

        Plaintiff,                       No. Civ. S 01-1986 LKK PAN P

  vs.                                   Findings and Recommendations

California Department
of Corrections, et al.,

        Defendants.

-oOo-

Plaintiff is a prisoner without counsel prosecuting a civil rights action against defendant Clendenin pursuant to 42 U.S.C. § 1983.  Plaintiff moves for summary judgment.

A party may move, without or without supporting affidavits, for a summary judgment and the judgment sought shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment

as a matter of law.  Fed. R. Civ. P. 56(a)-(c).  A motion for summary judgment,

> shall be accompanied by a "Statement of Undisputed Facts" that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact.

Local Rule 56-260.  Plaintiff did not submit a Statement of Undisputed Facts.

I therefore recommend plaintiff's February 7, 2005, motion be denied without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  April 19, 2005.

　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　Magistrate Judge