United States District Court

Eastern District of California

Armand Florez,

     Plaintiff,             No. Civ. S 01-1986 LKK PAN P

  vs.                     Order

California Department of Corrections, et al.,

     Defendants.

-oOo-

May 18, 2005, plaintiff requested an extension of time to file and serve objections to the April 20, 2005, findings and recommendations. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: May 22, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge