UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

FILED
SEP 1 4 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

| | |
|---|---|
| ARMAND FLOREZ, | No. 05-16483 |
| Plaintiff - Appellant, | D.C. No. CV-01-0198-LKK/PAN |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court
Date: 7/13/05