1

2

3

4

5

6

7

8                         United States District Court

9                       Eastern District of California

10

11

12  Armand Florez,

13          Plaintiff,                    No. Civ. S 01-1986 LKK PAN P

14      vs.                               Order

15  California Department
    of Corrections, et al.,

16

17          Defendants.                      -oOo-

18      September 30, 2005, defendant requested an extension of time

19  to file and serve a motion for summary judgment.  Good cause

20  appearing, defendant's request is granted and time is extended

21  until 30 days from the date the Ninth Circuit decides plaintiff's

22  ///

23  ///

24  ///

25  ///

26  ///

appeal of this court's order denying preliminary injunctive relief.

So ordered.

Dated:  October 11, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge