IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMAND FLOREZ,

      Plaintiff,                             No. CIV S-01-1986 LKK PAN P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendant.                     ORDER

/

        Plaintiff is a prisoner, without counsel, prosecuting this civil rights action under 42 U.S.C. § 1983. The action is proceeding on plaintiff's October 25, 2001, complaint. Defendants answered October 4, 2004. On November 7, 2005, plaintiff submitted a paper styled, "Amended Complaint to Correct Name Change Pursuant to Fed. R. Civ. P. 15(c)."

        In an amended complaint a party may replead or add facts or claims arising prior to or contemporaneously with the allegations of the original complaint. See United States v. Hicks, 283 F.3d 380, 385 (D.C. Cir. 2002); Flaherty v. Lang, 199 F.3d 607, 613 n. 3 (2d. Cir. 1999). A supplemental complaint addresses matters occurring after the original complaint is filed. Fed. R. Civ. P. 15(d).

        The November 7, 2005 document makes no new claims but seeks to substitute the California Department of Corrections and Rehabilitation for the California Department of

1

1  Corrections to avoid confusion since California restructured its corrections agency.  Normally

2  such a request would be made pursuant to Fed. R. Civ. P. 25(c).

3  Accordingly, the paper is not an amended complaint.

4  On March 31, 2004, the court dismissed the California Department of Corrections

5  as a party.

6  Accordingly, IT IS HEREBY ORDERED THAT:

7  1.  Plaintiff's November 7, 2005, request is denied; and

8  2.  The caption on all future filings shall be, "Armand Florez v. Clendanin."

9  Dated:  February 17, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\flor1986.amd