IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMAND FLOREZ,

      Plaintiff,                         No. CIV S-01-1986 LKK PAN P

    vs.

CLENDANIN,

      Defendant.                 ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2005, plaintiff filed an interlocutory appeal. By order filed September 14, 2005, the district court found plaintiff's appeal was taken in good faith. On October 12, 2005, defendants were granted an extension of time until thirty days after the appeal is decided in which to file a motion for summary judgment. In light of the pending appeal, the pretrial conference and jury trial dates will be vacated and this action will be stayed pending resolution of the appeal. Plaintiff shall notify the court within thirty days of any ruling by the Court of Appeals for the Ninth Circuit.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The January 27, 2006 pretrial conference and April 18, 2006 jury trial dates are vacated;

2. This action is stayed pending resolution of plaintiff's appeal; the Clerk of the Court is directed to administratively terminate this case as of August 1, 2005;

3. Plaintiff shall notify this court within thirty days of any ruling by the Court of Appeals for the Ninth Circuit.

DATED: February 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001;flor1986.stay