IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMAND FLOREZ,

      Plaintiff,                    No. CIV S-01-1986 LKK PAN P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.           <u>ORDER</u>

        On June 1, 2006, this court issued findings and recommendations recommending dismissal of this action due to plaintiff's apparent failure to keep the court apprised of his current address. On June 26, 2006, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations. Plaintiff's motion includes his current address. Good cause appearing, the findings and recommendations will be vacated. Plaintiff's motion for an extension of time to file objections is unnecessary and will be denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed June 1, 2006 are vacated; and

/////

/////

/////

1

2. Plaintiff's June 26, 2006 motion for extension of time is denied.

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
flor1986.vac